# Court of Appeals
# of the State of Georgia

ATLANTA,  May 24, 2023

*The Court of Appeals hereby passes the following order:*

## A23I0219. RICHARD RAMIEREZ RIOS v. BARBARA ELISA BARRETO SANTIAGO.

The trial court issued an order denying Richard Ramierez Rios's "Motion to Enforce Prenuptial Agreement" on May 1, 2023. The court signed a certificate of immediate review three days later, but the certificate was not entered until May 12, 2023. Rios then filed this application for interlocutory review. We lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). "[S]tatutory requirements for interlocutory review are jurisdictional." *State v. Wheeler*, 310 Ga. 72, 76 (3) (849 SE2d 401) (2020). Because the trial court here did not enter the certificate of immediate review within ten days of its order denying Rios's motion, this interlocutory application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  05/24/2023*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*